UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Beau Kennedy, ) | C/A No. 2:11-CV-1730PMD |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | ORDER OF DISMISSAL WITH |
| Ivy Kolb, ) | PREJUDICE |
| ) | |
| Defendant. ) | |

**WHEREAS,** that the Plaintiff and Defendant, have settled and compromised their differences pursuant to Rule 41(a), the Plaintiff hereby dismisses and ends this action with prejudice as to all claims filed or which could have been filed arising out of the subject matter of the within lawsuit. This is with the consent of all parties who have appeared in this action, with each side to bear its own costs and attorneys fees.

**AND IT IS SO ORDERED** this __8th__ day of __December__, 2011.

_____
PATRICK MICHAEL DUFFY
United States District Judge

Charleston, South Carolina

**WE MOVE:**

LAW OFFICES OF GEDNEY M. HOWE, III, P.A.

_____
Gedney M. Howe, III
Federal ID No. 1971
Attorney for Plaintiff

**WE CONSENT:**

CLAWSON & STAUBES, LLC

_____
David C. Cleveland
Federal ID No. 5062
Attorney for Defendant