UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Beau Kennedy,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Ivy Kolb,<br><br>　　　　　Defendant. | C/A No. 2:11-CV-1730PMD<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

**WHEREAS,** that the Plaintiff and Defendant, have settled and compromised their differences pursuant to Rule 41(a), the Plaintiff hereby dismisses and ends this action with prejudice as to all claims filed or which could have been filed arising out of the subject matter of the within lawsuit. This is with the consent of all parties who have appeared in this action, with each side to bear its own costs and attorneys fees.

**AND IT IS SO ORDERED** this __8th__ day of __December__, 2011.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　PATRICK MICHAEL DUFFY
Charleston, South Carolina　　　　　　　　　United States District Judge


**WE MOVE:**　　　　　　　　　　　　　　　　**WE CONSENT:**

LAW OFFICES OF GEDNEY M. HOWE,　　　CLAWSON & STAUBES, LLC
III, P.A.

_____　　　　　　　_____
Gedney M. Howe, III　　　　　　　　　　　　David C. Cleveland
Federal ID No. 1971　　　　　　　　　　　　Federal ID No. 5062
Attorney for Plaintiff　　　　　　　　　　　　Attorney for Defendant